UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JAMES FABER, | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(1)(A)(i) |
| Defendant. | : | (Unlawful Possession of a Firearm on |
| | : | Capitol Grounds or Buildings) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about January 21, 2025, within the District of Columbia, **JAMES FABER**, did

carry on or have readily accessible, a firearm, that is, a 9mm Sig Sauer handgun, on the United

States Capitol Grounds and in any of the Capitol Buildings.

**(Carry on the Grounds or in any of the Capitol Buildings a Firearm, Dangerous
Weapon, Explosives, or an Incendiary Device, in violation of Title 40, Untied States
Code, Section 5104(e)(1)(A))**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, the

defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)

and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or

used in the knowing commission of the offense, including but not limited to a 9mm Sig Sauer handgun and eight rounds of ammunition.

      2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      (a)      cannot be located upon the exercise of due diligence;

      (b)      has been transferred or sold to, or deposited with, a third party;

      (c)      has been placed beyond the jurisdiction of the Court;

      (d)      has been substantially diminished in value; or

      (e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Edward Martin Jr.,*

Attorney of the United States in
and for the District of Columbia.