AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### FID 11782214

for the

District of Columbia

**RECEIVED**
By USMS  District of Columbia District Court at 11:39 am, Mar 21, 2025

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:25-cr-00077 |
| | ) Assigned To : Judge Rudolph Contreras |
| **JAMES FABER** | ) Assign. Date : 03/20/2025 |
| | ) Description: Indictment (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JAMES FABER                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   40 U.S.C. § 5104(e)(1)(A)(i) - Unlawful Possession of a Firearm on Capitol Grounds or Buildings

Date:   03/20/2025

_____
*Issuing officer's signature*

City and state:    Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  WARRANT EXECUTED BY USMS Boston   _____ |
|  BY ARREST/ARRAIGNMENT OF THE  *Arresting officer's signature* |
|  DEFENDANT ON 3/22/2025  IA 3/24/25   _____ |
|   *Printed name and title* |