UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   Case No. 1:25-cr-0077 (RC) |
| v. | : |
| | : |
| JAMES FABER | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the United States' Motion For an Order to Disclose Grand Jury Testimony, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

**SO ORDERED** this 6th day of May, 2025.

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

1